STATE OF CONNECTICUT *v.* LAWRENCE WOLFE

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is granted, but limited to the question whether the unsworn acknowledgment of paternity supports the judgment.

*Howard F. Zoarski,* in support of the petition.

*Harold M. Mulvey,* attorney general, and *Richard E. Rapuano,* assistant attorney general, in opposition.

Submitted January 17—decided July 6, 1967

THE SAMP MORTAR LAKE COMPANY *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF FAIRFIELD

The motion by the plaintiff for permission to submit a further memorandum of law in the appeal from the Court of Common Pleas in Fairfield County is denied.

*Austin K. Wolf,* in support of the motion.